IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pickett, Edward L | Case Number: 04 B 42035 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 4/8/08 | Filed: 11/12/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 4, 2008
Confirmed: January 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,576.00 |  |
| Secured: |  | 12,401.67 |
| Unsecured: |  | 3,238.02 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 936.31 |
| Other Funds: |  | 0.00 |
| Totals: | 18,576.00 | 18,576.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | Nuvell Financial Services | Secured | 12,401.67 | 12,401.67 |
| 3. | Peoples Energy Corp | Unsecured | 193.78 | 0.00 |
| 4. | Sir Finance Corporation | Unsecured | 255.00 | 502.34 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 55.00 | 108.35 |
| 6. | Nuvell Financial Services | Unsecured | 1,310.72 | 2,582.12 |
| 7. | Asset Acceptance | Unsecured | 22.95 | 45.21 |
| 8. | Schottler & Zukosky | Priority | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | American Family Financial Serv | Unsecured | | No Claim Filed |
| 12. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,239.12 | $ 17,639.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 127.46 |
| 4% | 46.32 |
| 3% | 53.65 |
| 5.5% | 255.42 |
| 5% | 51.60 |
| 4.8% | 173.38 |
| 5.4% | 228.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Pickett, Edward L | Case Number:  04 B 42035 |
| | Judge:  Squires, John H |
| Printed:  4/8/08 | Filed:  11/12/04 |

```
                    _____
                    $ 936.31
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

